IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 15, 2008

Charles R. Fulbruge III
Clerk

No. 07-31187

———————

ARTHUR H MEYERS, JR; LENA M MEYERS

Plaintiffs-Appellants

v.

PROCTOR & GAMBLE DISABILITY BENEFIT PLAN, erroneously sued as Proctor & Gamble Disability Plan

Defendant-Appellee

———————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:05-CV-4135

———————

Before JOLLY, BARKSDALE, and HAYNES, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5th Cir. R. 47.6.

———

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.